

HOLLY T. M. SHIKADA   4017
GEORGE S. S. HOM 2487
Deputy Attorneys General
235 S. Beretania Street, Rm. 304
Honolulu, Hawaii  96813
Telephone: (808) 586-1255
Fax No.:    (808) 586-1488

Attorneys for Plaintiff
DEPARTMENT OF EDUCATION,
STATE OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 8 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

DEC 0 7 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

DEPARTMENT OF EDUCATION,
STATE OF HAWAII,

　　　　Plaintiff,

　　　　　　vs

MAKENA M., by and
Through his Mother,
CAROLINE (ALEX) M.,

　　　　Defendant.

CIVIL NO. CV04-630ACK/KSC
(Other Civil Action)

STIPULATION FOR DISMISSAL
WITH PREJUDICE OF
DEFENDANT'S COUNTERCLAIM

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT'S COUNTERCLAIM

　　　　IT IS HEREBY STIPULATED AND AGREED by and between

the parties to this action, through their respective

attorneys, that pursuant to Rule 41(a)(1)(ii) of the

Federal Rules of Civil Procedure, the Counterclaim of

Defendant filed against the Plaintiff be and is hereby

dismissed with prejudice.

This stipulation is signed by all parties in this

action.

DATED:   Honolulu, Hawaii, _Decemb 5, 2005_ .

_____

George S. S. Hom
Deputy Attorney General

Attorney for Plaintiff
STATE OF HAWAII

DATED:   Honolulu, Hawaii, _12/5/05_ _____

_____

Eric T. Krening

Attorney for Defendant and
Counterclaimant

APPROVED AND SO ORDERED:

ALAN C. KAY

_____

JUDGE OF THE ABOVE-ENTITLED COURT

2