# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00630ACK-KSC |
| CASE NAME: | Department of Education, State of Hawaii v. Makena M., by and through his mother, Caroline (Alex) M. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | |
| DATE: | 1/30/2006 | TIME: | |

COURT ACTION:  EO: In accordance with the agreement of counsel, the court directs plaintiff Department of Education to reimburse defendant Makena M.'s mother, Caroline, the sum of $5,800 for tuition at St. Patrick's School as stated in the hearing officer's decision entered on September 20, 2004 under case no. DOE-2004-020.

cc: all counsel

Submitted by: Shari Afuso, Courtroom Manager